**FILED**
OCT -6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>v.<br><br>Manuel Alejandro ARZOLA-Campos,<br><br>             Defendant. | Criminal Case No. 08cr3052-JM<br><br>ORDER EXONERATING<br>MATERIAL WITNESS BOND AND<br>FOR DISBURSEMENT OF FUNDS |

Based on the representations of Tamara D. DeHaan, attorney for the below-named material witness, that the material witness was not able to comply with certain immigration requirements and is therefore not qualified for release from immigration custody, and good cause appearing,

IT IS HEREBY ORDERED that the material witness be returned to custody of the U.S. Marshal forthwith, that the bond securing the presence of ANALINDA HERNANDEZ-TORRES be exonerated, that the surety be released from any and all further obligation and/or responsibility under the bond, and that all such sums deposited with the Clerk be refunded to the below-named surety:

                            Efren Becerril Ruiz
                              3937 Delta St.
                            San Diego, CA 92113
                             SS #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

SO ORDERED.

DATED: 10/6/08

_____
UNITED STATES MAGISTRATE JUDGE