FILED
OCT -6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal Case No. 08cr3052-JM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Manuel Alejandro ARZOLA-Campos, | ) | ORDER EXONERATING |
| | ) | MATERIAL WITNESS BOND AND |
| | ) | FOR DISBURSEMENT OF FUNDS |
| Defendant. | ) | |

Based on the representations of Tamara D. DeHaan, attorney for the below-named material witness, that the material witness was not able to comply with certain immigration requirements and is therefore not qualified for release from immigration custody, and good cause appearing,

IT IS HEREBY ORDERED that the material witness be returned to custody of the U.S. Marshal forthwith, that the bond securing the presence of JESUS RODRIGUEZ-HERNANDEZ be exonerated, that the surety be released from any and all further obligation and/or responsibility under the bond, and that all such sums deposited with the Clerk be refunded to the below-named surety:

**Efren Becerril Ruiz**
**3937 Delta St.**
**San Diego, CA 92113**
**SS #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**

SO ORDERED.

DATED: 10/6/08

_____
UNITED STATES MAGISTRATE JUDGE